**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**A. T., A MINOR, BY HER GUARDIAN**
**RUBY GIVENS**                                                   **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:09-CV-128-SA-DAS**

**LEFLORE COUNTY SCHOOL DISTRICT**                     **DEFENDANT**

## ORDER

Pursuant to a memorandum opinion to be released on this day, Defendant's Motion to Dismiss [3] is granted, and this case is dismissed without prejudice. So ordered on this, the 14th day of April, 2010.

                                                        **/s/ Sharion Aycock**
                                                        **UNITED STATES DISTRICT JUDGE**